JOHN W. GETCHELL, ADMINISTRATOR, APPELLANT, V. WINFIELD S. RODMAN, APPELLEE.

FILED FEBRUARY 7, 1930. No. 27025.

*Allen G. Fisher, Charles A. Fisher* and *F. S. Baker,* for appellant.

*Roland V. Rodman* and *Harvey M. Johnsen, contra.*

Heard before GOSS, C. J., DEAN, GOOD, EBERLY and DAY, JJ., and PAINE, District Judge.

PER CURIAM.

This is an action based upon a promissory note executed by defendant Rodman and delivered to John W. Getchell, Sr. The district court for Kimball county found in favor of defendant and plaintiff has appealed.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.